JS-6

# United States District Court
## Central District of California

SAMUEL WYATT,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, et al.

    Defendants.

Case No. EDCV 21-1609 VAP (SPx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Court's Order dismissing Plaintiff's Complaint, filed under separate cover, the Court DISMISSES Plaintiff's Complaint without prejudice. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:  11/30/21

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge

1